# EXHIBIT B

# seterus

September 4, 2013

**Physical Address**
14523 SW Millikan Way, Suite 200; Beaverton, OR 97005

**Business Hours (Pacific Time)**
Monday-Thursday 5 a.m. to 8 p.m.
Friday 5 a.m. to 6 p.m.

**Payments**
PO Box 11790; Newark, NJ 07101-4790

**Correspondence**
PO Box 2008; Grand Rapids, MI 49501-2008

**Phone**
866.570.5277

**Fax**
866.578.5277

**Website**
www.seterus.com

L197K
PRESCOTT, KEVIN

RE: Loan No.:
Property Address:

Seterus, Inc. is the servicer of the above-referenced loan. We are responding to your request for the amount required to reinstate the above-referenced loan to a current status. This amount is subject to all of the conditions in this letter.

The amount required to reinstate your loan is as follows:

- The reinstatement amount if received between 9/4/2013 and 9/27/2013 is $15,569.64

This statement is good through 9/27/2013 as shown above.

### Conditions

1. Issuance of this statement does not suspend the requirement for you to make loan payments when due. A late charge of $62.74 may be assessed in accordance with the terms of your loan agreement if the reinstatement funds are not received prior to the expiration of your grace period.

2. If any charges are posted to the account after the date of this letter, you also may be required to pay those charges. If you would like an updated reinstatement amount in writing, please contact us. We do not provide verbal updates.

3. Payment must be made with certified funds, bank check, money order or wire transfer. Payment instructions are located below.

The owner of your loan reserves all of its rights under the loan documents and available under the law and nothing in this letter shall waive its rights to pursue collection of the amounts

(Continued)



THIS COMMUNICATION IS FROM A DEBT COLLECTOR AS WE SOMETIMES ACT AS A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT, THIS LETTER IS NOT AN ATTEMPT TO COLLECT THE DEBT, BUT NOTICE OF POSSIBLE ENFORCEMENT OF OUR LIEN AGAINST THE COLLATERAL PROPERTY. COLORADO: FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA. Seterus, Inc. maintains a local office at 355 Union Boulevard, Suite 250, Lakewood, CO 80228. The office's phone number is 888.738.5576. NEW YORK CITY: 1331537, 1340663, 1340148. TENNESSEE: This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. Seterus, Inc. is licensed to do business at 14523 SW Millikan Way, Beaverton, OR.



EXHIBIT B

PRESCOTT, KEVIN
Loan No.:
Page 3
September 4, 2013

### REINSTATEMENT AMOUNT

| | |
|---|---|
| Reinstatement Good Through: | September 27, 2013 |
| Unpaid Principal Balance: | $75,278.97 |
| Next Due Date: | April 01, 2013 |

**Principal and Interest Payments**

| Due Date | Amount |
|---|---|
| 04/01/2013 | $ 1,254.88 |
| 05/01/2013 | 1,254.88 |
| 06/01/2013 | 1,254.88 |
| 07/01/2013 | 1,254.88 |
| 08/01/2013 | 1,254.88 |
| 09/01/2013 | 1,254.88 |
| Summary | $7,529.28 |

**Tax and Insurance Payments**

| Due Date | Amount |
|---|---|
| 04/01/2013 | $ 579.98 |
| 05/01/2013 | 579.98 |
| 06/01/2013 | 579.98 |
| 07/01/2013 | 579.98 |
| 08/01/2013 | 579.98 |
| 09/01/2013 | 579.98 |
| Summary | $3,479.88 |

**Actual Charges Through 9/27/2013**

| Due Date | Description | Amount |
|---|---|---|
| Late Charges | | |
| 12/17/2012 | LATE CHARGE | $ 62.74 |
| 01/16/2013 | LATE CHARGE | 62.74 |
| Summary | | $125.48 |

(Continued)

THIS COMMUNICATION IS FROM A DEBT COLLECTOR AS WE SOMETIMES ACT AS A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT, THIS LETTER IS NOT AN ATTEMPT TO COLLECT THE DEBT, BUT NOTICE OF POSSIBLE ENFORCEMENT OF OUR LIEN AGAINST THE COLLATERAL PROPERTY. COLORADO: FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA. Seterus, Inc. maintains a local office at 355 Union Boulevard, Suite 250, Lakewood, CO 80228. The office's phone number is 888.738.5576. NEW YORK CITY: 1331537, 1340663, 1340148. TENNESSEE: This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. Seterus, Inc. is licensed to do business at 14523 SW Millikan Way, Beaverton, OR

PRESCOTT, KEVIN
Loan No.:
Page 4
September 4, 2013

**Legal/Attorney**

| | | |
|---|---|---:|
| 08/22/2013 | LEGAL FEES F/C | $ 1,125.00 |
| Summary | | $1,125.00 |

**Property Inspections**

| | | |
|---|---|---:|
| 07/24/2012 | PROPERTY INSPECTIONS | $ 15.00 |
| 08/24/2012 | PROPERTY INSPECTIONS | 15.00 |
| 09/21/2012 | PROPERTY INSPECTIONS | 15.00 |
| 11/14/2012 | PROPERTY INSPECTIONS | 15.00 |
| 02/12/2013 | PROPERTY INSPECTIONS | 15.00 |

TOTAL DUE IF PAID BY 9/27/2013                                                                 $15,569.64

Sincerely,

Seterus, Inc.

THIS COMMUNICATION IS FROM A DEBT COLLECTOR AS WE SOMETIMES ACT AS A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT, THIS LETTER IS NOT AN ATTEMPT TO COLLECT THE DEBT, BUT NOTICE OF POSSIBLE ENFORCEMENT OF OUR LIEN AGAINST THE COLLATERAL PROPERTY. COLORADO: FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA. Seterus, Inc. maintains a local office at 355 Union Boulevard, Suite 250, Lakewood, CO 80228. The office's phone number is 888.738.5576. NEW YORK CITY: 1331537, 1340663, 1340148. TENNESSEE: This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. Seterus, Inc. is licensed to do business at 14523 SW Millikan Way, Beaverton, OR.