# EXHIBIT E



**EXHIBIT E**