# EXHIBIT G

**From:** Seric Fallon <sfallon@mwbllp.com>
**Sent:** Friday, August 15, 2014 12:26 PM
**To:** Dennis Card; Seric Fallon
**Cc:** Patrick Tira; Ernest Wagner; Christopher Hahn; hlora@mwbllp.com
**Subject:** RE: Prescott - Plaintiff's Unilaterally Set 30(b)(6) Deposition of Seterus

Mr. Card,

We will stipulate to the authenticity of all documents produced by Seterus that were authored by Seterus. You are correct that it is our current position that until liability has been conclusively established, we do not stipulate to your entitlement to fees in any amount.

Kindest regards,

Seric James Fallon
**McGinnis Wutscher Beiramee LLP**
110 East Broward Blvd.
Suite 1700
Fort Lauderdale, Florida 33301
Direct: (561) 807-6827
Fax: (866) 581-9302
Mobile: (305) 613-4697
Email: sfallon@mwbllp.com

*Admitted to practice law in Florida*

**McGinnis Wutscher Beiramee LLP**
CALIFORNIA | FLORIDA | ILLINOIS | INDIANA | WASHINGTON, D.C.
www.mwbllp.com

EXHIBIT G