EXHIBIT C

# seterus™

QBE FIRST Insurance Agency, Inc.
PO Box 57048
Irvine, CA 92619-7048

14523 SW Millikan Way, Suite 200; Beaverton, OR 97005

**Business Hours (Pacific Time)**
Monday–Thursday 5 a.m. to 8 p.m.
Friday 5 a.m. to 6 p.m.

**Phone:** 866.570.5277

KEVIN PRESCOTT

August 26, 2013          *L807E*

RE: Loan No.:
Property:

### INSURANCE QUESTIONS: 866.745.9798
### FAX NUMBER FOR INSURANCE COVERAGE: 949.465.7250

Seterus, Inc. is the servicer of the above-referenced loan.  Seterus, Inc. utilizes QBE FIRST Insurance Agency, Inc. (QBE FIRST) to determine if the loans we service are properly insured.

We recently reviewed your flood insurance policy, and our records indicate that your deductible is higher than we recommend.  To ensure that you are adequately protected and that your deductible is affordable in the event of a loss, we suggest that your deductible not exceed $1,000.00.

In addition, to be sure your insurance will adequately protect you, consider the following:

1. The "named insured" on your policy must match the name(s) on your loan documents.

2. The property on your insurance policy must match the property address on your loan documents.

3. Your flood insurance coverage amount must be equal to the homeowners insurance coverage amount on your property, but we do not require that you obtain flood insurance coverage for greater than the National Flood Insurance Program maximum policy limit of $250,000.00.

4. The insurance company providing coverage for this property should have an A.M. Best Rating of "B" or better or a financial rating of "III" or better.  This requirement does not apply if your policy was purchased through a FAIR plan or state insurance plan.

EXHIBIT A

(Continued)

THIS COMMUNICATION IS FROM A DEBT COLLECTOR AS SETERUS, INC. SOMETIMES ACTS AS A DEBT COLLECTOR. SETERUS, INC. IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT, THIS LETTER IS NOT AN ATTEMPT TO COLLECT THIS DEBT, BUT NOTICE OF POSSIBLE ENFORCEMENT OF OUR LIEN AGAINST THE COLLATERAL PROPERTY. COLORADO: FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA. Seterus, Inc. maintains a local office at 355 Union Boulevard, Suite 250, Lakewood, CO 80228. The office's phone number is 888.738.5576. NEW YORK CITY: 1331537,1340663,1340148. TENNESSEE: This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. Seterus, Inc. is licensed to do business at 14523 SW Millikan Way, Beaverton, OR.

# seterus™

**Physical Address**
14523 SW Millikan Way; Suite 200; Beaverton, OR 97005

**Business Hours (Pacific Time)**
Monday–Thursday 5 a.m. to 8 p.m.
Friday 5 a.m. to 6 p.m.

**Payments**
PO Box 11790; Newark, NJ 07101-4790

**Correspondence**
PO Box 2008; Grand Rapids, MI 49501-2008

**Phone**
866.570.5277

**Fax**
866.578.5277

**Website**
www.seterus.com

September 4, 2013

*L197K*
PRESCOTT, KEVIN

RE: Loan No.:

Property Address:

Seterus, Inc. is the servicer of the above-referenced loan. We are responding to your request for the amount required to reinstate the above-referenced loan to a current status. This amount is subject to all of the conditions in this letter.

The amount required to reinstate your loan is as follows:

- The reinstatement amount if received between 9/4/2013 and 9/27/2013 is $15,569.64

This statement is good through 9/27/2013 as shown above.

<u>**Conditions**</u>

1. Issuance of this statement does not suspend the requirement for you to make loan payments when due. A late charge of $62.74 may be assessed in accordance with the terms of your loan agreement if the reinstatement funds are not received prior to the expiration of your grace period.

2. If any charges are posted to the account after the date of this letter, you also may be required to pay those charges. If you would like an updated reinstatement amount in writing, please contact us. We do not provide verbal updates.

3. Payment must be made with certified funds, bank check, money order or wire transfer. Payment instructions are located below.

The owner of your loan reserves all of its rights under the loan documents and available under the law and nothing in this letter shall waive its rights to pursue collection of the amounts owing under the loan.

EXHIBIT B (1 of 4)

(Continued)

THIS COMMUNICATION IS FROM A DEBT COLLECTOR AS WE SOMETIMES ACT AS A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT, THIS LETTER IS NOT AN ATTEMPT TO COLLECT THE DEBT, BUT NOTICE OF POSSIBLE ENFORCEMENT OF OUR LIEN AGAINST THE COLLATERAL PROPERTY. **COLORADO**: FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA. Seterus, Inc. maintains a local office at 355 Union Boulevard, Suite 250, Lakewood, CO 80228. The office's phone number is 888.738.5576. **NEW YORK CITY**: 1331537, 1340663, 1340148. **TENNESSEE**: This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. Seterus, Inc. is licensed to do business at 14523 SW Millikan Way, Beaverton, OR.

PRESCOTT. KEVIN

Loan No.:
Page 3
September 4, 2013

**REINSTATEMENT AMOUNT**

| | |
|---|---|
| Reinstatement Good Through: | September 27, 2013 |
| Unpaid Principal Balance: | $75,278.97 |
| Next Due Date: | April 01, 2013 |

**Principal and Interest Payments**

| Due Date | Amount |
|---|---|
| 04/01/2013 | $ 1,254.88 |
| 05/01/2013 | 1,254.88 |
| 06/01/2013 | 1,254.88 |
| 07/01/2013 | 1,254.88 |
| 08/01/2013 | 1,254.88 |
| 09/01/2013 | 1,254.88 |
| **Summary** | **$7,529.28** |

**Tax and Insurance Payments**

| Due Date | Amount |
|---|---|
| 04/01/2013 | $ 579.98 |
| 05/01/2013 | 579.98 |
| 06/01/2013 | 579.98 |
| 07/01/2013 | 579.98 |
| 08/01/2013 | 579.98 |
| 09/01/2013 | 579.98 |
| **Summary** | **$3,479.88** |

**Actual Charges Through  9/27/2013**

| Due Date | Description | Amount |
|---|---|---|
| **Late Charges** | | |
| 12/17/2012 | LATE CHARGE | $ 62.74 |
| 01/16/2013 | LATE CHARGE | 62.74 |
| **Summary** | | **$125.48** |

(Continued)

THIS COMMUNICATION IS FROM A DEBT COLLECTOR AS WE SOMETIMES ACT AS A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT, THIS LETTER IS NOT AN ATTEMPT TO COLLECT THE DEBT, BUT NOTICE OF POSSIBLE ENFORCEMENT OF OUR LIEN AGAINST THE COLLATERAL PROPERTY. **COLORADO:** FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA. Seterus, Inc. maintains a local office at 355 Union Boulevard, Suite 250, Lakewood, CO 80228. The office's phone number is 888.738.5576. **NEW YORK CITY:** 1331537, 1340663, 1340148. **TENNESSEE:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. Seterus, Inc. is licensed to do business at 14523 SW Millikan Way, Beaverton, OR.

EXHIBIT B (2 of 4)

PRESCOTT, KEVIN

Loan No.:
Page 4
September 4, 2013

**Legal/Attorney**

| | | |
|---|---|---:|
| 08/22/2013 | LEGAL FEES F/C | $ 1,125.00 |
| **Summary** | | **$1,125.00** |

**Property Inspections**

| | | |
|---|---|---:|
| 07/24/2012 | PROPERTY INSPECTIONS | $ 15.00 |
| 08/24/2012 | PROPERTY INSPECTIONS | 15.00 |
| 09/21/2012 | PROPERTY INSPECTIONS | 15.00 |
| 11/14/2012 | PROPERTY INSPECTIONS | 15.00 |
| 02/12/2013 | PROPERTY INSPECTIONS | 15.00 |
| 03/06/2013 | PROPERTY INSPECTIONS | 15.00 |
| 05/08/2013 | PROPERTY INSPECTIONS | 15.00 |
| 06/06/2013 | PROPERTY INSPECTIONS | 15.00 |
| 07/17/2013 | PROPERTY INSPECTIONS | 15.00 |
| 08/08/2013 | PROPERTY INSPECTIONS | 15.00 |
| 08/30/2013 | PROPERTY INSPECTIONS | 15.00 |
| **Summary** | | **$165.00** |

**Estimated Charges Through 9/27/2013**

| Due Date | Description | Amount |
|---|---|---:|
| **Legal/Attorney** | | |
| Estimated | Legal/Attorney | $ 3,175.00 |
| **Summary** | | **$3,175.00** |
| **Property Inspections** | | |
| Estimated | Property Inspections | $ 15.00 |
| **Summary** | | **$15.00** |
| **Summary** | **Estimated Charges Subtotal** | **$3,190.00** |

| | |
|---|---:|
| **SUBTOTAL** | **15,614.64** |
| | |
| Less Suspense Funds: | $-45.00 |
| Less Pending Expense Credit: | $0.00 |

THIS COMMUNICATION IS FROM A DEBT COLLECTOR AS WE SOMETIMES ACT AS A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT, THIS LETTER IS NOT AN ATTEMPT TO COLLECT THE DEBT, BUT NOTICE OF POSSIBLE ENFORCEMENT OF OUR LIEN AGAINST THE COLLATERAL PROPERTY. **COLORADO:** FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA. Seterus, Inc. maintains a local office at 355 Union Boulevard, Suite 250, Lakewood, CO 80228. The office's phone number is 888.738.5576. **NEW YORK CITY:** 1331537, 1340663, 1340148. **TENNESSEE:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. Seterus, Inc. is licensed to do business at 14523 SW Millikan Way, Beaverton, OR.

EXHIBIT B (3 of 4)

**TOTAL DUE IF PAID BY 9/27/2013**                                     $15,569.64

Sincerely,


Seterus, Inc.

THIS COMMUNICATION IS FROM A DEBT COLLECTOR AS WE SOMETIMES ACT AS A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT, THIS LETTER IS NOT AN ATTEMPT TO COLLECT THE DEBT, BUT NOTICE OF POSSIBLE ENFORCEMENT OF OUR LIEN AGAINST THE COLLATERAL PROPERTY. **COLORADO**: FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA. Seterus, Inc. maintains a local office at 355 Union Boulevard, Suite 250, Lakewood, CO 80228. The office's phone number is 888.738.5576. **NEW YORK CITY:** 1331537, 1340663, 1340148. **TENNESSEE:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. Seterus, Inc. is licensed to do business at 14523 SW Millikan Way, Beaverton, OR.

EXHIBIT B (4 of 4)



**TROPICAL FINANCIAL** CREDIT UNION®

3050 Corporate Way
Miramar FL 33025
(888) 261-8328

Your wire request for $15,569.64 will be debited from account 1352430-10.
In addition, a $25.00 wire fee has been assessed.

### *** WIRE DETAILS ***

**Wire Sequence**
6480

**Business Code / Wire Type**
CTR-Customer Transfer
1000    Basic Funds Transfer

**Originator Information**

**Originator**
KEVIN W PRESCOTT

United States

**Originator To Beneficiary**
FOR LOAN #
KEVIN PRESCOTT

**Entered Date**
09/26/13 09:02 AM Central Time

**Effective Date**
09/26/13

**Receiving Financial Institution**
JPMCHASE

**Beneficiary Information**

**Beneficiary**
SETERUS INC
D    859310005
14523 SW MILLIKAN WAY
SUITE 200
BEAVERTON, OR 97005
United States

SIGNATURE

DATE 09/26/13

I understand that Tropical Financial Credit Union will charge a wire transfer fee to my account. (Please refer to Schedule of Fees) And that the receiving bank may also charge an incoming wire transfer fee to the beneficiary's account. All wire transfer orders must comply with the provisions of U.S. Law as enforced by the Treasury Department Office of Foreign Asset Control. Please refer to the Important Account Information for Our Members document for wire transfer policy and agreement.

EXHIBIT C