**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

KEVIN PRESCOTT,

        Plaintiff,

v.                                                    Case No. 13-62338-CIV-BLOOM/Valle

SETERUS, INC.,

        Defendant.

_____/

**NOTICE OF PENDING SETTLEMENT**

Plaintiff, Kevin Prescott ("Plaintiff"), and Defendant, Seterus, Inc. ("Seterus") (collectively, the "Parties"), by and through undersigned counsel, hereby submit this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing and executing the settlement and dismissal documents. Accordingly, the Parties jointly request that this Court: (i) cancel the Calendar Call in this matter set for Tuesday, August 15, 2017, and (ii) remove this matter from the Court's trial docket for the two-week period commencing August 21, 2017.

Upon execution of the settlement documents, the Parties will file the appropriate dismissal documents with this Court.


Date: August 9, 2017                              Respectfully submitted,

s/ J. Dennis Card, Jr.                 s/ Christopher P. Hahn
J. Dennis Card Jr., Esq.            Christopher P. Hahn, Esq.
CONSUMER LAW ORGANIZATION, P.A.   Ernest P. Wagner, Esq.
721 US Highway 1, Suite 201        MAURICE WUTSCHER LLP
North Palm Beach, FL  33408        110 E. Broward Blvd., Suite 1700
Telephone: (561) 822-3446         Fort Lauderdale, FL 33301
Facsimile: (305) 574-0132         Tel. (772) 237-3410 / Fax (866) 581-9302
Dennis@CLOorg.com               chahn@MauriceWutscher.com
                                 ewagner@MauriceWutscher.com
Counsel for Plaintiff             litigation@MauriceWutscher.com

                                 Counsel for Seterus, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 9, 2017, the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

## SERVICE LIST

Christopher Hahn, Esq.
Ernest P. Wagner, Esq.
MAURICE WUTSCHER LLP
110 E. Broward Blvd., Suite 1700
Fort Lauderdale, FL 33301
Tel. (772) 237-3410
Fax (866) 581-9302
chahn@MauriceWutscher.com
ewagner@MauriceWutscher.com
litigation@MauriceWutscher.com
Counsel for Seterus, Inc.

Served via Email